# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HENRY HICKSON

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS, JAMES E.
LEBLANC, SECRETARY

NO.   2025 CW 0539

**SEPTEMBER 2, 2025**

---

In Re:   Henry Hickson, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
720509.

---

BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.

**WRIT GRANTED WITH ORDER.** The district court's October 4, 2023 judgment which granted the exception of improper venue and ordered this matter transferred to West Feliciana Parish did not address the assessment or payment of the court costs. The district court is instructed to set and tax the court costs in this matter to facilitate the transfer as previously ordered by the court.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT